IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EZEKIEL RODRIGUEZ HINOJOS | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-540 |
| T. BRASFIELD, *et al.*, | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ezekiel Rodriguez Hinojos, an inmate confined at FCC Beaumont, proceeding *pro se*, filed this *Bivens*-type[1] action against defendants Captain T. Brasfield and FCC Beaumont Medium Officers and Staff.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this civil action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[2]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2] Plaintiff received a copy of the Report and Recommendation on April 15, 2021 (docket entry no. 4).

in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **20** day of **September, 2021.**

_____
Thad Heartfield
United States District Judge